UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Hevenor,

                Plaintiff(s),

      -against –

Costco Wholesale Corp. et al,

                Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:24-CV-04851 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: November 13, 2024

    White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.